# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JOSE LUIS RUIZ CANCEL
AGRIPINA SURIEL DURAN

Bkrtcy. No. 10-08564-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Sep 16, 2010
Meeting Date: Jan 25, 2011
DC Track No.: 16

Days from petition date: 131
Meeting Time: 1:00 PM

910 Days before Petition: 3/20/2008
☐ Chapter 13 Plan Date Dkt.# ☐ Amended.

This is debtor(s) TBD Bankruptcy petition.
Plan Base: $0.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Feb 08, 2011 Time: 9:00 AM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $900.00

### I. Appearances:
☐ Telephone ☐ Video Conference   ☐ Creditor(s) present: ☒ None.

☒ Debtor Present ☐ ID & Soc. OK ☐ Debtor Absent
☒ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **IRVING K HERNANDEZ***
Total Agreed: $3,000.00 Paid Pre-Petition: $274.00 Outstanding: $2,726.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: TBD
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☒ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
Debtor filed Schedules and plan today.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jan 25, 2011